

# CT Corporation

**Service of Process Transmittal**
01/21/2014
CT Log Number 524253696

**TO:** Michael Johnson, Legal Assistant
The Hartford
One Hartford Plaza, HO-1-09
Hartford, CT 06155

**RE:** **Process Served in Tennessee**

**FOR:** Sentinel Insurance Company, Ltd. (Domestic State: CT)

CP00111124909
CP00111145045

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Pinnacle Health Clinics, LLC, Pltf. vs. Sentinel Insurance Company, Dft. *Name discrepancy noted.* |
| **DOCUMENT(S) SERVED:** | Letter, Summons, Return, Complaint |
| **COURT/AGENCY:** | Davidson County Circuit Court, TN<br>Case # 14C150 |
| **NATURE OF ACTION:** | Insurance Litigation - Breach of duty of good faith and fair dealing |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Knoxville, TN |
| **DATE AND HOUR OF SERVICE:** | By Certified Mail on 01/21/2014 postmarked on 01/16/2014 |
| **JURISDICTION SERVED:** | Tennessee |
| **APPEARANCE OR ANSWER DUE:** | Within 30 days from the date this summons is served upon you |
| **ATTORNEY(S) / SENDER(S):** | Stephen Crofford<br>Parker & Crofford<br>1230 2nd Ave. S.<br>Nashville, TN 37210<br>615-244-2445 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/22/2014, Expected Purge Date: 01/27/2014<br>Image SOP<br>Email Notification, Michael Johnson MICHAEL..JOHNSON@THEHARTFORD.COM<br>Email Notification, Massimo Fraschilla Massimo.Fraschilla@thehartford.com |
| **SIGNED:** | C T Corporation System |
| **PER:** | Amy McLaren |
| **ADDRESS:** | 800 S. Gay Street<br>Suite 2021<br>Knoxville, TN 37929-9710 |
| **TELEPHONE:** | 800-592-9023 |

LAW DEPARTMENT

JAN 21 '14

RECEIVED

Page 1 of 1 / HC

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**Jerald.E.Gilbert@tn.gov**

January 15, 2014

Sentinel Insurance Company, Ltd.　　　　　　　　　Certified Mail
800 S. Gay Street, Ste 2021   C/O Ct Corpo　　　Return Receipt Requested
Knoxville, TN  37929　　　　　　　　　　　　　　　7012 3460 0002 8941 6007
NAIC # 11000　　　　　　　　　　　　　　　　　　　Cashier # 13740

Re:　Pinnacle Health Clinics, Llc  V.  Sentinel Insurance Company, Ltd.

　　　Docket # 14C150

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served January 15, 2014, on your behalf in connection with th above-styled proceeding. Documentation relating to the subject is herein enclosed.

Jerald E. Gilbert
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
　　Davidson County
　　1 Public Square, Room 302
　　Nashville, Tn  37219-6303

# STATE OF TENNESSEE
# DAVIDSON COUNTY
# 20TH JUDICIAL DISTRICT

[X] First
[ ] Alias
[ ] Pluries

PINNACLE HEALTH CLINICS, LLC

**Plaintiff**

Vs.

SENTINEL INSURANCE COMPANY

2505 21ST AVE. S.

NASHVILLE, TN 37212

**Defendant**

CIVIL ACTION DOCKET NO. 14C150

**Method of Service:**
[ ] Davidson County Sheriff
[ ] Out of County Sheriff
[ ] Secretary of State
[ ] Certified Mail
[ ] Personal Service
[X] Commissioner of Insurance

To the above named Defendant:

You are summoned to appear and defend a civil action filed against you in the Circuit Court, 1 Public Square, Room 302, P.O. Box 196303, Nashville, TN 37219-6303, and your defense must be made within thirty (30) days from the date this summons is served upon you. You are further directed to file your defense with the Clerk of the Court and send a copy to the Plaintiff's attorney at the address listed below.

In case of your failure to defend this action by the above date, judgment by default will be rendered against you for the relief demanded in the complaint.

ISSUED: 1-13-14

**RICHARD R. ROOKER**
Circuit Court Clerk
Davidson County, Tennessee

By: _____
Deputy Clerk

| ATTORNEY FOR PLAINTIFF or PLAINTIFF'S ADDRESS | STEPHEN CROFFORD / MARY A. PARKER |
|---|---|
| | 1230 SECOND AVE. S. NASHVILLE, TN 37210 |
| | Address |
| | 615-244-2445 |

TO THE SHERIFF:

Please execute this summons and make your return hereon as provided by law.

**RICHARD R. ROOKER**
Circuit Court Clerk

Received this summons for service this _____ day of _____, 20____.

_____
**SHERIFF**

To request an ADA accommodation, please contact Dart Gore at (615) 880-3309.

## RETURN ON PERSONAL SERVICE OF SUMMONS

I hereby certify and return that on the _____ day of _____, 20_____, I:

☐ served this summons and complaint/petition on _____

_____ in the following manner:

_____

☐ failed to serve this summons within 90 days after its issuance because _____

_____

_____
Sheriff/Process Server

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify and return, that on the _____ day of _____, 20 ____ I sent, postage prepaid by registered return receipt mail or certified return receipt mail, a certified copy of the summons and a copy of the complaint in Docket No. _____ to the defendant, _____. On the _____ day of _____, 20 ____, I received the return receipt for said registered or certified mail, which had been signed by _____ on the _____ day of _____, 20 ____. Said return receipt is attached to this original summons and both documents are being sent herewith to the Circuit Court Clerk for filing.

SWORN TO AND SUBSCRIBED BEFORE ME ON THIS

_____ DAY OF _____, 20_____.

_____
PLAINTIFF, PLAINTIFF'S ATTORNEY OR OTHER PERSON
AUTHORIZED BY STATUTE TO SERVE PROCESS

_____NOTARY PUBLIC or _____DEPUTY CLERK
MY COMMISSION EXPIRES: _____

### NOTICE

**TO THE DEFENDANT(S):**

Tennessee law provides a ten thousand dollar ($10,000.00) debtor's equity interest personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the clerk of the court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed; these include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible, and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

ATTACH
RETURN
RECEIPT
HERE
(IF APPLICABLE)

STATE OF TENNESSEE
COUNTY OF DAVIDSON

I, Richard R. Rooker, Clerk of the Circuit Court in the State and County aforesaid, do hereby certify this to be a true and correct copy of the original summons issued in this case.

RICHARD R. ROOKER, CLERK

(To be completed only if
copy certification required.)

By: _____ D.C.

IN THE CIRCUIT COURT FOR DAVIDSON COUNTY, TENNESSEE
AT NASHVILLE

PINNACLE HEALTH CLINICS, LLC, )
)
PLAINTIFF, )
)
V. ) NO. 14 C 150
)
SENTINEL INSURANCE COMPANY, )
)
DEFENDANT. )

## COMPLAINT

Comes the Plaintiff, Pinnacle Health Clinics, LLC, and sues the Defendant, Sentinel Insurance Company, for breach of contract, and for bad faith in refusing to pay valid insurance claims.

## PARTIES

1. Plaintiff, Pinnacle Health Clinics, LLC, is a limited liability company with a principle address in Davidson County, Tennessee operating clinics in Tennessee.

2. Defendant, Sentinel Insurance Company, is an insurance company doing business in Tennessee having entered into an insurance contract with the Plaintiff, insuring Plaintiff's health clinics.

## JURISDICTION AND VENUE

3. This insurance policy was entered into in Davidson County, Tennessee with the Plaintiff's address being listed as 2505 21st Ave. S., Nashville, TN 37212.

4. Defendant was doing business in Tennessee by selling insurance policies such as the ones sold to the Plaintiff.

5. The Circuit Court for Davidson County, Tennessee therefore has jurisdiction and is the proper venue to resolve the contract and bad faith action based upon this insurance contract.

## FACTS

6. The parties entered into an insurance contract with coverage from June 20, 2012 to June 20, 2013. The policy number is 20 SBA AE6736.

7. Plaintiff suffered an insurance loss which resulted in two claims being filed. Claim #CP0011124909 involving Plaintiff's Hendersonville location, and, Claim #CP0011145045 involving Plaintiff's Brentwood location.

8. These claims were originally honored with Defendant making two payments totaling $49,118.23, covering the actual cash value of the stolen items from the two locations.

9. Plaintiff made an additional claim for business lost income for the two locations totaling $247,436.26 for the Hendersonville location and $85,500 for the Brentwood location.

10. Plaintiff properly documented the losses and complied with all policy provisions in filing these claims.

11. These claims were denied by letter dated September 6, 2013 attached to this complaint as Ex. "A".

12. The claims were denied based on the assumption that Dr. Carrano was the individual who took the property, as set out in the denial letter as follows:

> "As you can see from the above policy language, losses caused by dishonest or criminal acts by employees, authorized representatives or by anyone to whom you entrust the property to are specifically excluded from coverage. This exclusion applies to both Business Personal Property and Loss of Income. Based on this, had we been advised initially that the loss was caused by Dr.Carrano, the claims would have been denied in their entirety"

13. The policy exclusions relied upon by the Defendant do not apply, and Defendant, in bad faith, has asserted its reliance on these exclusions. The bad faith provisions of T.C.A. § 56-7-105 therefore apply.

14. Dr. Carrano was not an employee, authorized representative, or anyone to whom the property was entrusted.

15. Plaintiff asserts that the claims are valid and covered by the insurance contract and no exclusions apply.

16. Plaintiff, therefore, makes claim for all damages available under the contract, including the previously submitted claims, prejudgment interest, and statutory damages for bad faith in denying the claims.

**WHEREFORE, PREMISES CONSIDERED, PLAINTIFF PRAYS:**

1. That this lawsuit be filed and served upon Defendant and that Defendant be required to answer in the time provided by law.

2. That after the discovery process, this case be heard on its merits.

3. That Plaintiff be awarded compensatory damages for breach of contract in the amount of $247,436.26 for Claim #CP0011124909 involving Plaintiff's Hendersonville location, and, $85,500 for Claim #CP0011145045 involving Plaintiff's Brentwood as well as prejudgment interest on these figures.

4. That Plaintiff be awarded an additional 25% of the compensatory damage award for bad faith due to the denial of these insurance claims.

5. For further general relief to which the Plaintiff may be entitled.

Respectfully submitted,

Stephen Crofford #12039
Mary A. Parker #6016
**PARKER & CROFFORD**
1230 2nd Ave. S.
Nashville, TN 37210
615-244-2445 phone
615-255-6037 facsimile



State of Tennessee
Dept. of Commerce & Insurance
Service of Process
500 James Robertson Parkway
Nashville, TN 37243

CERTIFIED MAIL™
7012 3460 0002 8941 6007

7012 3460 0002 8941 6007    1/15/14
SENTINEL INSURANCE COMPANY, LTD.
800 S. GAY STREET, STE 2021  C/O CT CORPC
KNOXVILLE, TN 37929

US POSTAGE $06.31°
JAN 16 2014
MAILED FROM ZIP CODE 37243
FIRST CLASS

3792969710 C003