IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

PINNACLE HEALTH CLINICS, LLC, )
)
    Plaintiff, )
)
v. ) NO. 3:14-cv-00508
)
SENTINEL INSURANCE COMPANY, )
)
    Defendant. )

## STIPULATION OF DISMISSAL

Came the parties and announced this stipulation of dismissal with prejudice pursuant to Rule 41(1)(ii) to the Federal Rules of Civil Procedure. The parties have agreed no cost bill shall be allowed.

**APPROVED FOR ENTRY:**

/s/John Thomas Feeney
**John Thomas Feeney**
BPRN 11482
P. O. Box 198685
Nashville, Tennessee 37219
*Attorney for Defendant*

/s/Mary A. Parker
**Mary A. Parker**
BPRN 006016
1230 2nd Avenue S.
Nashville, Tennessee 37210
*Attorney for Plaintiff*