# IN THE UNTIED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

PINNACLE HEALTH CLINICS, LLC,                )
                                             )
    Plaintiff,                           )
                                             )     Case No. 3:14-cv-00508
v.                                           )     Senior Judge Haynes
                                             )
SENTINEL INSURANCE COMPANY,                  )
                                             )
    Defendants.                          )

## O R D E R

Before the Court is the parties' stipulation of dismissal of all claims pending in this action.

(Docket Entry No. 40). Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this action is **DISMISSED with**

**prejudice**. The parties agree that no cost bill shall be allowed.

This is the Final Order in this action.

It is so **ORDERED.**

**ENTERED** this the ⟋⟋ day of December, 2015.

WILLIAM J. HAYNES, JR.
Senior United States District Judge